# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| WACHOVIA NATIONAL BANK | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:08cv1502HSO-JMR |
| | § | |
| SINGLETON DEVELOPMENT CORPORATION, ET AL. | § § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Plaintiff Wachovia National Bank. The Court, after a full review and consideration of Defendant's Motion, the pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Plaintiff pursuant to FED. R. CIV. P. 56. This civil action is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 11th day of January, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE